# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**REBECCA ABBOTT,** *et al.*                                                              **PLAINTIFFS**

**v.**                              **CASE NO. 3:21-CV-00188-BSM**

**WALMART INC**                                                                              **DEFENDANT**

## ORDER

Pursuant to General Order 39, the clerk is directed to reassign this case to Chief Judge D.P. Marshall Jr. because it is related to *Wilson et al. v. Walmart Inc et al.*, case number 3:21-CV-00082-DPM.

IT IS SO ORDERED this 4th day of October, 2021.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE