# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

REBECCA ABBOTT;  MEAGAN
ALBERT;  SOPHIA ALFARO;  KRYSTAL
LEIGH ANDERSON;  MEGAN ASHLEY;
KIMBERLY AZENETH AVILA;  ALYSSA
MEGAN BARB;  MIRIAH BARBERO;
LINDSAY BARR;  GRISEL BARRETO;
ASHLEY BAXTER;  JULIE BLAKELEY;
KELSEY BLANKENSHIP;  MELISSA
BLOOMQUIST-SMITH;  CRISTEN
BOLES;  OLIVIA BOYER;  CRYSTAL
BRINIG;  NICOLE BRISKY;  CHEYENNE
BROWNING;  CELIA BRUNO;  ANA
BUTKUS;  MARIA CALDERON;
JORDAN CANTAFIO;  SERENITEY
CARLIN;  SAMANTHA CLARK;
VICTORIA COKER;  JEN COMEAU;
KIMBERLY CONWAY;  ADRIANNE
COOPER;  ANGELA COX;  BRANDY
DAVIS;  KALEY DEFORD;  CHELZY
DESVIGNE;  BRITTANY DISTASO;
JESSICA DURRETT;  NATALYA
DZYUBA;  THERESA MARIE FINTONIS;
AYAME TATIANA GALASSINI;
MARCELA GARCIA;  SHELBY GERACI;
CHRISTINA GORDON;  GABRIELLE
HARRISON;  DEBBIE HAWKINS;
SHANNON HERRINGTON;  AMANDA
HILL;  LILLIAN HINKLE;  NICOLE
HOLLING;  AMANDA HOBBS-ROGERS;
SAMMI HOBDY;  SHAYLAN ISAACS;
OLIVIA JOHNSON;  REBECCA                                    **PLAINTIFFS**

KEETON;  RACHEL KNUDSON;
RACHAEL KRUUP;  DEANA LINEGAR;
APRIL LOCKHART;  TRACI MARIE
LUSSIER;  BRITTANY MARTIN;  KALI
MCGLINCH;  LORI-ANN MCKENZIE-
HENRY;  JANICE TAINA MERCADO
GUADALUPE;  RENEE MILLINE;
LOUKEVIA MOORE;  ANDREA MOZO;
TABITHA MULLINAX;  SANTEQUIA
NGWU;  STEPHANIE NORGAARD;
LEAH OSTAPCHENKO;  ROBERT
PARTELLO;  MELINDA PASS;
KRISHNA PATEL;  JO-ELLEN
PATERNO;  SHEETAL PATTNI;  MIA
PELLETIER;  TINA MARIE PEREZ;  ALI
PLILER-LOPEZ;  JANINNE PRICE;
SARAH RIDINGS;  KASSANDRA
ROMERO;  CHRISTINA SALYERS;  LEA
SANTOS;  KIRTHI SASIKUMAR;  JULIE
SECRIST;  CHERYL ELAINE SMITH;
KINDER SMITH;  EMILY
SODERBLOOM-CATHEY;  KIRSTEN
SOUTH;  LAKRISHA SPIKES;
CHRISTINE STEELE;  ASHLEY
SWENNINGSON;  KYLA TALLEY;
MARGO TEZENO;  KATRINA
THOMAS;  RHIANNA THORNTON;
EMMA TROLINDER;  MEGAN TROYER;
SONJA RENEE TWIGGS;  BRITTANY
(DUTTON) WALLACE;  BEVERLY
WATKINS;  JENNIFER KAY WATTS;
ACACIA WILSON;  AMBER WRIGHT;
and RETRENA YOUNGE, all Individually
and on behalf of all others similarly
situated

–2–

−3−

**v.**                             **No. 3:21-cv-188-DPM**

**WALMART INC.**                             **DEFENDANT**

## JUDGMENT

All of the plaintiffs' remaining claims are dismissed without prejudice.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

31 March 2026